# NACMIAS LAW FIRM PLLC

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

June 27, 2023

Hon. Lorna G. Schofield
United Stated District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0288

Re: *Volfman v. Penmanship LLC et al.*
**DOCKET NO. 1:23-cv-03977-LGS**

Dear Judge Schofield:

> Application **granted in part**. The initial pretrial conference scheduled for July 5, 2023, is adjourned to **August 2, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **July 26 2023, at 12:00 P.M.**
>
> Dated: June 28, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an extension of time to submit a proposed case management plan and adjourn the initial pretrial conference. This is plaintiff's first request for this relief.

In advance of complying with Your Honor's Order dated June 22, 2023, defendant Penmanship LLC communicated with our office *pro se*. The undersigned respectfully requests that Your Honor allow the parties thirty (30) days in order to allow the defendant to obtain counsel and continue settlement discussions before submitting a proposed civil case management plan and scheduling an initial pretrial conference.

Thank you for your time and consideration on this matter.

Respectfully,

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057